**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>EFRAIN ROBERTO MERCED CERVANTES (1),<br>ANGELES EDITH GARCIA-ALCORTA (2),<br><br>Defendants. | Case No.: 26CR3792-LL<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Information (ECF No. 27) is hereby GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 10/15/2026



Hon. Linda Lopez
United States District Judge